# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE GALVAN, | Case No. 1:18-cv-01038-SAB |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE NOTICE RE STATUS OF SERVICE |
| v. | (ECF Nos. 3, 5) |
| COMMISSIONER OF SOCIAL SECURITY, | FIVE DAY DEADLINE |
| Defendant. | |

Plaintiff Steve Galvan ("Plaintiff") filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying his application for disability benefits pursuant to the Social Security Act on August 2, 2018. The summonses were issued on August 3, 2018. Pursuant to the scheduling order issued on August 3, 2108 unless other provision is made pursuant to an application to proceed in forma pauperis, appellant is required to effect service within twenty days of filing the complaint and file a return of service with this court. Plaintiff was also advised of the service requirement in the August 3, 2018 order granting his motion to proceed in forma pauperis and was ordered to promptly file a proof of service. More than twenty days have passed and Plaintiff has not filed a return of service with the Court, nor does the record reflect that service was referred to the United States Marshall.

1

1    Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file a notice within five

2  (days) days informing the Court of the status of service on Defendant in this action.  Failure to

3  comply with this order may result in the imposition of sanctions, up to and including dismissal of

4  this action.

5

6  IT IS SO ORDERED.

7  Dated:   **August 28, 2018**    _____

                                UNITED STATES MAGISTRATE JUDGE
8

2